JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KHIKAR SHIRINIAN,

Petitioner,

v.

B. A. SEMAIA, ETC., ET AL.,

Respondents.

No. ED CV 26-5941-E

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and: (a) Respondents are ordered to release Petitioner (A# 246-267-816) from detention immediately, subject to the conditions of Petitioner's previous supervision; and (b) Respondents are enjoined from any further re-detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable risk of flight.

DATED: October 16, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE